UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:26-cr-18-AGM-DCI
    49 U.S.C. § 46306(b)(7)
    49 U.S.C. § 46307

JIAHUA SONG

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Operating Aircraft without Airman's Certificate)**

On or about December 28, 2025, in the Middle District of Florida, the defendant,

JIAHUA SONG,

did knowingly and willfully serve, or attempt to serve, as an airman without an airman's certificate authorizing the individual to serve in that capacity, when possessing an airman certificate was required, in that he operated an aircraft, namely, a DJI AIR 3S drone, in restricted airspace around Kennedy Space Center in Merritt Island, Florida.

In violation of 49 U.S.C. § 46306(b)(7).

### COUNT TWO
**(Violation of National Defense Airspace)**

On or about December 28, 2025, in the Middle District of Florida, the defendant,

JIAHUA SONG,

while operating an unmanned aircraft system, to wit: a DJI AIR 3S drone, did knowingly, and without lawful authority, conduct aircraft operations around the Kennedy Space Center, in Merritt Island, Florida, a location classified by the Federal Aviation Administration as restricted National Defense Airspace as defined in Notice to Airmen (NOTAM) FDC 5/6874.

In violation of 14 C.F.R. § 99.7, a regulation prescribed under 49 U.S.C. § 40103(b)(3), and 49 U.S.C. §§ 46307 and 40103(b).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 49 U.S.C. § 46306(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 49 U.S.C. § 46306(b) the defendant shall forfeit to the United States, pursuant to 49 U.S.C. § 46306(d) and 28 U.S.C. § 2461(c), any aircraft whose use is related to a violation of the offense.

3. The property to be forfeited includes, but is not limited to, the following: a DJI AIR 3S drone, serial number 1581F895C25AQ007KNAA, seized from the Defendant on or about December 31, 2025.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Rachel S. Lyons
Special Assistant United States Attorney

By: _____
FOR Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
January 26

No. _____

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JIAHUA SONG

### INDICTMENT

Violations: 49 U.S.C. § 46306(b)(7)
49 U.S.C. § 46307

A true bill,

_____
Foreperson

Filed in open court this 28th day

of January, 2026.

_____
Clerk

Bail $_____

GPO 863 525