# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 6:26-cr-18-AGM-DCI**

**JIAHUA SONG**

AUSA: Rachel Lyons

Defense Attorney: Mark O'Mara, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **March 10, 2026**<br>11:52 A.M. – 11:54 A.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 2 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### STATUS CONFERENCE

Case called. Appearances taken.

FPD ore tenus motion to withdraw from the case in light of retained counsel appearing on behalf of the defendant. Motion granted.

The court leaves the case set on the May trial term. A status conference is set for April 14, 2026 at 11:30am.

Court is adjourned.