# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**
      **Plaintiff,**

    **v.**                        **CASE NO. 6:26-cr-00018- AGM-DCI**

**JIAHUA SONG**            **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, JIAHUA SONG, by and through his undersigned counsel, and hereby respectfully moves this Honorable Court to continue the currently scheduled trial term and as grounds therefore states as follows:

1.     Mr. Song has been charged by Indictment on January 28, 2026 of Operating an Aircraft Without Airmen Certificate, in violation of. 49 U.S.C. Section 46306(b)(7), and also a Violation of National Defense Airspace, in violation of 49 U.S.C. Section 46307 and Section 40103(b)(3).

2.     This case is currently scheduled for a Status Conference on April 24, 2026 at 11:00 a.m.

3.     Based on discussions with AUSA Rachel Song, there is a probability that this matter may resolve short of trial, but additional time is needed for ongoing discovery, including translation of various documents from Mandarin to English

4.     As a result, Mr. Song will need additional time to prepare his defense against both this matter.

5.     Undersigned counsel asserts that, pursuant to Title 18, United States Code, Section 3161, the ends of justice will be met by continuing this matter, so as to allow for continued

preparation for trial, or in the alternative, negotiations towards resolution, and further believe that continued preparation will allow for a more efficient and proper resolution of these issues, either by a plea agreement resolution or by jury trial, for the reasons stated above.   Further, the benefits of a continuance outweigh the best interest of the public, and Mr. Song's own interest in a speedy trial, which he freely waives by requesting this motion.

6.     Undersigned counsel has discussed this matter with Assistant United States Attorney Rachel Lyons and she has no objection to the requested continuance.

7.     Undersigned counsel requests a continuance of the trial term for a period of time to allow discovery to continue and to give effect to Mr. Song's waiver of speedy trial until July 31, 2026.   Should this matter be continued as requested, Mr. Song affirmatively waives his right to a speedy trial for a period sufficient to accomplish this timeline, and fully waives his speedy trial rights under 18 USC 3161 until July 31, 2026

WHEREFORE, the Defendant respectfully requests this Honorable Court to enter its Order continuing the presently set matter such that effect is given to Mr. Song's waiver of speedy trial until July 31, 2026 and Mr. Song affirmatively waives his right to a speedy trial as referenced above.

Respectfully submitted,

Dated: Friday, April 24, 2026     _____

MARK M. O'MARA, ESQUIRE

*(Remainder of this page left intentionally page)*

Page **2** of **3**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court on Friday, April 24, 2026, by using Pacer's E-Filing Portal system which will send notice of electronic filing and complete service of the foregoing as required by Federal Rules of Judicial Administration to UNITED STATES STATE ATTORNEY'S OFFICE, Jennifer.Harrington2@usdoj.gov, Michael.Felicetta@usdoj.gov, and Rachel.Lyons@usdoj.gov, 400 West Washington Street, Suite 3100, Orlando, Florida 32801.

MARK M. O'MARA, ESQUIRE
Florida Bar No.:          359701
E-Mail:   Mark@omaralawgroup.com
O'MARA LAW GROUP
220 N. Rosalind Avenue, Suite 1A
Orlando, Florida 32801
Telephone:     (407) 898-5151
Facsimile:      (407) 898-2468
Service E-Mail:   Service@omaralawgroup.com
                            Paralegal@omaralawgroup.com
Attorney for Defendant